# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZAR MOUBARK YOUSIF ELHASSAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION CENTER,<br><br>Respondent. | Case No. 1:26-cv-04289-KES-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 15, 2026, the district judge denied Petitioner's motion for temporary restraining order and referred this matter to the undersigned "for further proceedings, including the preparation of findings and recommendations on the petition." (ECF No. 8.) As Respondent has filed an answer to the petition, (ECF No. 7), the Court HEREBY ORDERS that Petitioner may file a reply within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 16, 2026**                    /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE