# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NAZAR MOUBARK YOUSIF ELHASSAN,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION CENTER,

Respondent.

Case No. 1:26-cv-04289-KES-EPG-HC

ORDER DIRECTING RESPONDENT TO FILE TRANSCRIPT AND/OR RECORDING OF BOND HEARING

The Court finds that a transcript and/or recording of the November 21, 2025 bond hearing would assist the Court in this matter.

Accordingly, the Court DIRECTS Respondents to file a transcript and/or recording of the November 21, 2025 bond hearing **within FIVE (5) days** of the date of service of this order.

IT IS SO ORDERED.

Dated: **October 15, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE